IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAY AND CONNIE POTTER and
AMERICAN RV PARK, INC.                                    PLAINTIFFS

   vs.               CASE No. 06-5194

CITY OF TONTITOWN, et al.                                 DEFENDANTS

### O R D E R

Now on this 16th day of November, 2006, comes on to be considered **Plaintiffs' Notice of Dismissal of Annexors and McGarrah Without Prejudice (Doc. 32)**. The Court, being well and sufficiently advised, orders that the plaintiffs' claims against the following defendants shall be and hereby are **DISMISSED WITHOUT PREJUDICE**:

        Anthony Doss
        Debra Carter
        Dennis Carter
        Joe Gonzalez
        Guillermo Gonzalez
        Curtis Brown
        Nina Brown
        Kent Gill
        Barry Mason
        Carol Mason
        Michael Stephens
        Jennifer Stephens
        Guy Rosenchein
        Charles Taylor
        Sheila Taylor
        Helen McGarran.

Defendants' **Motion to Dismiss (Doc. 17)** is **DENIED** as moot.

**IT IS SO ORDERED.**

                                            <u>/S/JIMM LARRY HENDREN</u>
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE