IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAY AND CONNIE POTTER and
AMERICAN RV PARK, INC.                                              PLAINTIFFS

   vs.                        Case No. 06-5194

CITY OF TONTITOWN, et. al.                                          DEFENDANTS

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, Jay and Connie Potter and American RV Park, Inc. (collectively "Potters"), hereby appeal to the United States Court of Appeals for the Eight Circuit from the United States District Court of the Western District of Arkansas' Order of Dismissal as to the Potters' claims brought pursuant to 42 U.S.C. §§ 1983, 1985, and 1988 as well as the Potters' other state law claims entered in this action on the 13th day of August, 2007.

                        Respectfully Submitted,
                        Jay Potter, Connie Potter,
                        and American RV Park, Inc.


                        /s/Richard E. Walden
                        Richard E. Walden
                        Ark. Bar No. 2006069
                        D. Westbrook Doss, Jr.
                        Ark. Bar No. 87052
                        Jones Jones & Doss, PLC
                        112 S. East Ave.
                        Fayetteville, AR 72701
                        479-443-4313
                        Email:  rich@jjdlawfirm.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this day, September 12, 2007, I electronically filed the foregoing with the Clerk of Court and the Clerk of Court will send to the following, a copy, using the CM/ECF and notification will be sent, via email to the following:

Mr. George Butler
Attorney at Law

Mr. Mark Dosset
Mr. J.R. Carroll
Mr. Jeff Fletcher
Attorneys at Law

Curtis Hogue
Attorney at Law

                /s/Richard E. Walden
                Richard E. Walden